UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECHTRONIC CORDLESS GP,<br><br>                          Plaintiff,<br><br>    - against -<br><br>MAERSK, A/S,<br><br>                        Defendant. | **ORDER**<br><br>23 Civ. 2739 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for September 7, 2023, at 10:00 a.m. is adjourned to **September 7, 2023 at 3:45 p.m.**

Dated:  New York, New York
          September 6, 2023

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge