UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHTRONIC CORDLESS G/P,

                Plaintiff,

-against-

MAERSK A/S,

                Defendant.

**ORDER**

23 Civ. 2739 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the next conference in this action will take place on **January 18, 2024 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 15, 2023

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge