

CHALOS & CO. P.C.
International Law Firm
55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300  FAX: +1-516-750-9051  WEB: www.chaloslaw.com  EMAIL: info@chaloslaw.com

May 28, 2024

**Via Electronic Filing**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   **Techtronic Cordless GP v Maersk A/S**
      **Case No. 1:23-cv-2739-PGG**
      **Unopposed Letter Motion for Adjournment of Conference**

**MEMO ENDORSED**

The Conference is adjourned to June 14, 2024 at 10:30 a.m.

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
Dated: May 28, 2024

Dear Judge Gardephe,

Plaintiff Techtronic Cordless GP (hereinafter "Plaintiff"), by and through undersigned counsel, respectfully submits this joint letter motion pursuant to Section I.D. of this Honorable Court's individual practices to request an adjournment of the May 29, 2024 Conference. In support thereof, the Parties respectfully shows as follows:

Counsel for the parties continue to work in good faith on resolving this matter as soon as possible and progress has been made since the last letter dated May 17, 2024. The parties respectfully request that the May 29, 2024 conference be adjourned and that the parties be directed to provide a final status update to the Court on or before June 14, 2024 to confirm: 1) that the matter has settled and may be dismissed; or 2) that the parties' require a Status Conference to discuss remaining pretrial needs and scheduling.

Counsel is also available to discuss by telephone and answer any questions the Court may have. In advance, we thank the Court for its consideration of the request.

Respectfully submitted,

Chalos & Co, P.C.

_____

Briton P. Sparkman

1

www.chaloslaw.com

**cc: <u>Via ECF</u>**

FREEHILL HOGAN & MAHAR LLP
William J. Pallas, Esq.
pallas@freehill.com
80 Pine Street, 25th Floor
New York, New York 10005-1759

*Counsel for Defendant Maersk A/S*